# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**In Re:**
   **BARBARA JEAN ROTHERMEL,**
         **Debtor,**

vs.                                                                                         Case Number:   **07-2160**

**KENNETH L. WRONKE,**
         **Creditor/Appellant,**

vs.

**BARBARA JEAN ROTHERMEL,**
         **Debtor/Appellee.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the judgment of the Bankruptcy Court is AFFIRMED. This case is terminated.

ENTER this 24th day of October, 2007.

s/ John M. Waters, Clerk
_____
JOHN M. WATERS, CLERK

s/S. Johnson
_____
BY:  DEPUTY CLERK